# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| Mark Nason <br> Plaintiff(s), <br> V. <br> 1-800 RADIATOR & A/C INC.; et al. <br> Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 2:22-cv-01989-DAD- |

Notice is hereby given that, subject to approval by the court, __Mark Nason__ substitutes
(Party(s) Name)

__Cody Jaffe__ , State Bar No. __215301__ as counsel of record in place
(Name of New Attorney)

place of __Robert E. Cartwright, Jr.__ .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Cody Jaffe

Address: 100 Pine St., San Francisco, CA 94111

Telephone: (415) 524-3268     Facsimile: (415) 941-5780

E-Mail (Optional): cody@codyjaffelaw.com

I consent to the above substitution.
Date: February 16, 2023

Mark Nason
*/s/ Mark Nason*
(Signature of Party(s))

I consent to being substituted.
Date: February 12, 2023

Robert E. Cartwright, Jr.
*/s/ Robert E. Cartwright*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: February 10, 2023

Cody Jaffe
*/s/ Cody Jaffe*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 21, 2023

*/s/ Dale A. Drozd*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**